District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.K.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-01208-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>September 30, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 20, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on October 11, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until March 20, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 2:24-cv-01208-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.

4  　　　With additional time, this case may be resolved without the need of further judicial
5  intervention.  USCIS has scheduled Plaintiff's asylum interview for November 20, 2024.  USCIS
6  agrees to diligently work towards completing the adjudication within 120 days of the interview,
7  absent unforeseen or exceptional circumstances that would require additional time for
8  adjudication.  If the adjudication is not completed within that time, USCIS will provide a status
9  report to the Court.  Plaintiff will submit all supplemental documents and evidence, if any, to
10 USCIS seven to ten days prior to the interview date.  Plaintiff recognizes that failure to submit
11 documents prior to the interview may require the interview to be rescheduled and the adjudication
12 delayed.  If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will
13 need to be rescheduled and the adjudication delayed.  Once the application is adjudicated, Plaintiff
14 will dismiss the case with each party to bear their own litigation costs and attorneys' fees.
15 Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum
16 interview and then process her asylum application.

17 　　　As additional time is necessary for this to occur, the parties request that the Court hold the
18 case in abeyance until March 20, 2025.  The parties will submit a status update on or before March
19 20, 2025.

20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION
[Case No. 2:24-cv-01208-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED on this 30th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | BECKNER IMMIGRATION LAW, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Kelsey Elizabeth Beckner*<br>KELSEY ELIZABETH BECKNER,<br>WSBA #49090<br>4444 Woodland Park Ave. N, Ste. B101<br>Seattle, Washington 98103<br>Phone: (360) 602-1570<br>Email: kbeckner@becknerimmigration.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION<br>
[Case No. 2:24-cv-01208-JNW] - 3

UNITED STATES ATTORNEY<br>
1201 Pacific Ave., Ste. 700<br>
Tacoma, WA 98402<br>
(253) 428-3800

**ORDER**

The case is held in abeyance until March 20, 2025. The parties shall submit a joint status report on or before March 20, 2025. It is so **ORDERED**.

DATED this 1st day of October, 2024.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-01208-JNW] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800