Beckner Immigration Law PLLC
Kelsey Elizabeth Beckner, WSBA #49090
4444 Woodland Park Ave N, Suite B101
Seattle, WA 98103
Telephone: (360)602-1570
Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.K.,<br><br>  Plaintiff<br><br>  v.<br><br>Alejandro Mayorkas, Secretary of the United States Department of Homeland Security; Ur Mendoza Jaddou, Director of United States Citizenship and Immigration Services; Danielle Lehman, Director of the San Francisco Asylum Office,<br><br>  Defendants | Civil Action No. 2:24-cv-01208-JNW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER |

**ORDER**

It is so **ORDERED**. The Court grants Plaintiff's motion for a protective order, allowing Plaintiff to proceed under a pseudonym.

DATED this 2nd day of October, 2024.

_____
Hon. Jamal Whitehead
United States District Judge

Order Granting Plaintiff's Motion to Proceed
Under Pseudonym
Page **1** of **1**