1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.K., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01208-JNW <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> March 7, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION
[Case No. 2:24-cv-1208-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1     DATED this 7th day of March, 2025.

2 Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | BECKNER IMMIGRATION LAW PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:   (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/Kelsey Elizabeth Beckner*<br>KELSEY ELIZABETH BECKNER, WSBA#49090<br>Beckner Immigration Law PLLC<br>4444 Woodland Park Ave. N, Ste. B101<br>Seattle, Washington 98103<br>Phone: 360-602-1570<br>Email: kbeckner@becknerimmigration.com<br>*Attorney for Plaintiff* |

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION
[Case No. 2:24-cv-1208-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## [PROPOSED] ORDER

The case is dismissed without prejudice. **The Court DIRECTS the Clerk of Court to close this case.** It is so **ORDERED**.

DATED this 10th day of March, 2025.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-1208-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800